**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Eric Jason HENDERSON, a.k.a. Feezy, Defendant-Appellant.**

No. 17-10052
Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

(August 9, 2017)

Germaine Seider, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Vincent Chiu, U.S. Attorney's Office, Orlando, FL, for Plaintiff-Appellee

Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant-Appellant

Before ED CARNES, Chief Judge, TJOFLAT and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

Jenny L. Devine, appointed counsel for Eric Henderson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

---

(1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Henderson's convictions and sentences are **AFFIRMED**.